**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Taylor Corporation,** **Civil No. 01-2049 (DSD/SRN)**

**Plaintiff,**

**v.**

**ORDER**

**Myron Corporation,**

**Defendant.**

---

Plaintiff Taylor Corporation's motion to compel discovery responses (Docket No. 10) came on for hearing before the undersigned on December 15, 2002. Laura J. Hein of Gray, Plant, Mooty, Mooty & Bennett, P.A. appeared on behalf of plaintiff; Del Blocher appeared on behalf of defendant Myron Corporation.

Having considered the memoranda and affidavits submitted by the parties, and having reviewed the files and proceedings herein, the Court being fully advised in the premises,

IT IS HEREBY ORDERED:

1. That plaintiff's motion (Docket No. 10) is GRANTED in all respects;

2. That defendant Myron Corporation shall, within fifteen (15) days of this Order serve full and complete responses to Taylor Corporation's First Set of Interrogatories and First Request for Production of Documents. Defendant shall make no objection to the aforementioned discovery requests, having waived any objections by failing to object in a timely manner.

3. Taylor Corporation is entitled to recover its reasonable expenses and attorneys' fees in bringing this motion. Counsel for Taylor Corporation shall submit to this Court, within fifteen (15) days of the Order, an affidavit detailing the costs and fees that Taylor has incurred in

FILED DEC 17 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

connection with the motion.

Dated: December 17, 2002

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge