UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Taylor Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Myron Corporation,<br><br>Defendant. | ) | Court File No. 01-2049 (DSD/SRN)<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

**STIPULATION**

The parties hereto, by and through their respective counsel, hereby stipulate and agree that this action may be dismissed with prejudice and on the merits, without further cost to either party.

Dated: May 21, 2003.

GRAY, PLANT, MOOTY,
MOOTY & BENNETT, P.A.

By Laura J. Hein
Laura J. Hein
Attorney No. 155160
Gina Tiefenthaler
Attorney No. 0264878
3400 City Center
33 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 343-2800

Attorneys for Plaintiff
Taylor Corporation

Dated: May 20, 2003.

KOVALCHUK & CUTSHALL

By
Mark Kovalchuk
412 Union Plaza
333 Washington Avenue North
Minneapolis, MN 55401
Telephone: 612-373-9818

Attorneys for Defendant
Myron Corporation

FILED MAY 27 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

Pursuant to the above Stipulation of the parties,

IT IS HEREBY ORDERED that this action be dismissed with prejudice and on the merits, and without further cost to either party.

Dated this 27th day of May, 2003.

BY THE COURT:

David S. Doty
United States District Court Judge

GP:1459203 v1