UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Taylor Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Myron Corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Court File No. 01-2049 (DSD/SRN)<br><br>**STIPULATED ORDER OF PERMANENT INJUNCTION** |

**STIPULATION**

The parties hereto, by and through their respective counsel, stipulate that the Court may enter the following Order:

1. As of and effective on the date of this Order, defendant Myron Corporation, along with any and all agents, employees, representatives, successors, assigns, and all other persons acting for or on its behalf, or in concert or participation with it, is hereby enjoined from offering for sale, selling or distributing any of the six (6) greeting card designs reflected in the attached Exhibits A through F (the "Designs"), which Designs are the subject of a related action entitled *Taylor Corporation v. Four Seasons Greetings, LLC*, Civil Action No. 01-1293 (DSD/SRN), currently pending in the United States District Court for the District of Minnesota (the "Four Seasons Action").

2. This Order shall remain in effect unless and until such time as it is determined, at the conclusion of the Four Seasons Action and any appeals, that any or all of the Designs do not infringe copyrights of Taylor Corporation. In the event it is determined at the conclusion of the Four Seasons Action and any appeals that any of the Designs do not infringe on the copyrights of Taylor Corporation, this Stipulated Order of

FILED MAY 2 7 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

Permanent Injunction shall be deemed null and void as to those specific Designs found not to so infringe.

3. Within ten (10) days of the date hereof, counsel for Taylor Corporation shall (a) return to counsel for Myron all documents produced by Myron in this action that were designated by Myron as "Confidential" (Myron 00042 to 00051, all sales invoices and Myron 00098 to 00107) (hereinafter the "Confidential Documents") and any and all copies of said Confidential Documents and (b) provide to counsel for Myron an Affidavit or Declaration that all Confidential Documents and copies thereof have been returned to counsel for Myron.

4. The jurisdiction of this Court is retained for the purpose of making any other orders necessary or proper to enforce the terms of this Order and to preside over any disputes or violations relating thereto.

SO STIPULATED.

Dated: May 21, 2003.

GRAY, PLANT, MOOTY,
MOOTY & BENNETT, P.A.

By Laura J. Hein
Laura J. Hein
Attorney No. 155160
Gina Tiefenthaler
Attorney No. 0264878
3400 City Center
33 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 343-2800

Attorneys for Plaintiff

Dated: May 20, 2003.

KOVALCHUK & CUTSHALL

By ______________________
Mark Kovalchuk
412 Union Plaza
333 Washington Avenue North
Minneapolis, MN 55401
Telephone: 612-373-9818

Attorneys for Defendant
Myron Corporation

IT IS SO ORDERED:

______________________
David S. Doty, Judge
U.S. District Court

Dated: May 27, 2003


In appreciation
of our association over the
past year, We extend our
very best wishes for the
Holiday Season






3326


JOYEUX NOEL · FROHE WEIHNACHTEN · PAIX · SHALOM · FELIZ NAVIDAD · BONNE ANNEE
PRETTIGE KERSTDAGEN · PAIX · FELIZ NAVIDAD · JOYEUX NOEL
PRETTIGE KERSTDAGEN · HAUSKA JOULUA · HAPPY HOLIDAYS · BUON NATALE · PAIX · GREETINGS
SEASON'S GREETINGS · FRIEDEN · SHALOM · PROSIT NEUJAHR
SEASON'S GREETINGS



